# United States District Court



**CAROLYN M. ROMANO**
Chief Probation Officer

**JACKSON OFFICE**
200 South Lamar Street, Suite 500-N
Jackson, Mississippi 39201-4003
TEL: (601) 965-4447
FAX: (601) 965-4508

Reply to: __JACKSON__

**SOUTHERN DISTRICT OF MISSISSIPPI**

**HATTIESBURG OFFICE**
701 North Main Street, Suite 311
Hattiesburg, Mississippi 39401-3471
TEL: (601) 582-5256
FAX: (601) 582-5262

**GULFPORT OFFICE**
2010 15th Street
Gulfport, Mississippi 39501-2022
TEL: (228) 563-1850
FAX: (228) 563-1870

October 31, 2008



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 10 2008
J. T. NOBLIN, CLERK
BY_____ DEPUTY

Honorable David C. Bramlette
Senior United States District Judge
P. O. Box 928
Natchez, MS 39121

RE:   Ross, Christopher
Docket Number: 5:05cr4DCB-AGN-001
<u>Offender in State Custody</u>
<u>Requesting a Copy of Presentence Report</u>

Dear Judge Bramlette:

The above-named offender appeared before Your Honor October 3, 2005 for sentencing. He had pled guilty to violation of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm. At that time he was sentenced to forty-eight (48) months imprisonment followed by a three-year (3) term of supervised release.

Ross released from the Federal Correctional Institute in Estill, South Carolina July 7, 2008 to a detainer placed by the Louisiana Department of Corrections. His discharge date from their custody is April 17, 2009. Ross is questioning the computation of his sentence by the Louisiana Department of Corrections and has requested a copy of his Presentence Report. Pursuant to Rule 32 of the Federal Rules of Criminal Procedure, the Presentence Report is disclosed to the defendant at sentencing. Further redisclosure is prohibited by policy without the consent of the sentencing Judge. Please indicate below if you approve of the offender's request.

☒   I approved

☐   I disapprove

_____
David C. Bramlette    11-7-08
Senior U.S. District Court Judge

Respectfully submitted,

_____
David Dunn
Supervisory U.S. Probation Officer

DD/ss